IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 251P14 | State v. Paul Brady Smith | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **07/21/2014** |
|---|---|---|---|
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot **07/21/2014** |
| 252P14 | State v. Thomas Craig Campbell | State's Motion for Temporary Stay (COA13-1404) | Allowed **07/21/2014** |
| 254P14 | State v. Sydney Cheryl Sutton | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | Dismissed |
| 255P14 | State v. Samuel Eugene Williams, Jr. | 1. State's Motion for Temporary Stay | 1. Allowed **07/23/2014** Dissolved **08/19/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* (COA13-1221) | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| | | 5. State's Motion to Correct Error in PDR | 5. Allowed |
| 260P14 | State v. Randal Eugene Powell | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1109) | Denied |
| 264P14 | State v. Donnell Christopher Lewis | 1. Def's *Pro Se* Motion for NOA (COAP14-469) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as Moot |